IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CURTIS CHRISHAUN EVANS, #L2500                                           PLAINTIFF

v.                                                         CAUSE NO. 5:17-cv-94-DCB-MTP

COMMISSIONER PELICIA HALL and
SERGEANT UNKNOWN SALVAGE                                                DEFENDANTS

## ORDER

BEFORE THE COURT is pro se Plaintiff Curtis Chrishaun Evans's Motion [11] to Dismiss this case filed on October 19, 2017, Motion [8] evidencing danger filed September 11, 2017, and Motion [7] for Jury Trial filed September 11, 2017. This civil action was dismissed on August 22, 2017, and Plaintiff's appeal was dismissed by the Fifth Circuit on October 12, 2017. Plaintiff's Motions [7], [8], [11] are deemed moot. Accordingly,

IT IS, HEREBY, ORDERED AND ADJUDGED that Plaintiff's Motion [11] to Dismiss this case, Motion [8] evidencing danger, and Motion [7] for Jury Trial filed in this closed civil action are denied as moot.

SO ORDERED, this the 20th day of October, 2017.

s/David Bramlette
UNITED STATES DISTRICT JUDGE